**Judith B. KLEIN, Plaintiff—Appellant,**

v.

**HOUSEHOLD REALTY CORPORATION, d/b/a Household Realty Corporation of Virginia; HSBC Mortgage Services, Inc., Defendants—Appellees.**

No. 11–1884.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2012.

Decided: April 13, 2012.

Henry W. McLaughlin, III, Law Office of Henry McLaughlin, P.C., Richmond, Virginia, for Appellant. Robert R. Michael, Stephen B. Wood, Bierman, Geesing, Ward & Wood, LLC, Richmond, Virginia, for Appellees.

Before MOTZ, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Judith B. Klein appeals the district court's order granting Defendants' Fed. R.Civ.P. 12(b)(6) motion to dismiss her civil action seeking rescission of a secured consumer credit transaction under the Truth in Lending Act ("TILA"), 15 U.S.C.A. §§ 1601–1667f (West 2009 & Supp.2011). We have reviewed the record and conclude that Klein did not establish how, under an objective approach, the parties' arbitration rider rendered unclear and non-conspicuous Defendants' disclosure to Klein of her right to rescind the credit transaction. *See Palmer v. Champion Mortg.*, 465 F.3d 24, 28 (1st Cir.2006) ("[C]ourts must evaluate the adequacy of TILA disclosures from the vantage point of a hypothetical average consumer—a consumer who is neither particularly sophisticated nor particularly dense."). Accordingly, we affirm the district court's order. *Klein v. Household Realty Corp.*, No. 1:11–cv–00114–AJT–TCB (E.D.Va. July 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*